### 13282. EDWARDS *v.* THE STATE.

BROYLES, C. J. 1. The exception to the admission of certain evidence as set forth in the first ground of the amendment to the motion for a new trial is without merit.

2. The excerpt from the charge of the court as complained of in the 2d ground of the amendment to the motion for a new trial was not error for any reason assigned.

3. The verdict was authorized by the evidence and the judge did not err in refusing to grant a new trial.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED APRIL 11, 1922.

Accusation of carrying pistol; from city court of Jefferson — Judge Bryson. January 13, 1922.

*Cooley & Beall,* for plaintiff in error.

*S. J. Nix, solicitor,* contra.